HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK EDWARD WALKER,

               Plaintiff,

    v.

CITY OF RENTON, et al.,.

               Defendants.

CASE NO. C11-2114 RAJ

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME

      This matter comes before the court on plaintiff's renewed motions for extension of time to file a response to summary judgment motion and to extend the case schedule (Dkt. ## 27, 28), and motion to seal (Dkt. # 29).  The court denied plaintiff's prior motions for extension because plaintiff had not provided the court with any evidence justifying good cause for the extensions.  Dkt. # 23.  Plaintiff has now demonstrated good cause by his declaration, which contains confidential information that is not relevant to the subject matter of this case.  Accordingly, the court GRANTS plaintiff's motion to seal his declaration.  The court also GRANTS plaintiff's motions for extensions of time. Plaintiff may file a response to defendants' motion for summary judgment no later than March 8, 2013, and defendants may reply no later than March 15, 2013. The Clerk is DIRECTED to enter an amended case schedule with a trial date of August 5, 2013.  The

ORDER - 1

1  Clerk is also DIRECTED to RENOTE defendants' motion for partial summary judgment
2  (Dkt. # 14) to March 15, 2013.
3      Dated this 6th day of March, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER - 2